# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * *    *
DAISY H.F., LLC; LION MIAMI    *
TERRACE, LLC; JORGE AND        *
BEATRICE UGAN,                 *
                               *
            Plaintiffs,        *    Nos. 16-1624L; 16-16240L;
     v.                        *    16-16241L; 16-16242L
                               *    Filed:  August 24, 2017
UNITED STATES,                 *
                               *
            Defendant.         *
                               
* * * * * * * * * * * * * *    *
```

**O R D E R**

      The court is in receipt of the plaintiffs' motion to voluntarily dismiss the claims of the above captioned plaintiffs in the case of <u>Reinaldo Castillo, et al. v. United States</u>, 16-1624L. The claims associated with of Daisy H.F., LLC, are, hereby, **SEVERED** from the case of <u>Reinaldo Castillo, et al. v. United States</u>, 16-1624L and shall be reorganized, for case management purposes, into the case <u>Daisy H.F., LLC  v. United States</u>, and assigned Case No. 16-16240L. The court **DISMISSES**, without prejudice, the claims of Daisy H.F., LLC. As there is no just reason for delay, the Clerk's Office shall enter immediate **JUDGMENT** consistent with this Order, pursuant to RCFC 54(b).  As the Order disposes of all properties of Daisy H.F., LLC, Case 16-16240L shall be **CLOSED**.

      The claims associated with Lion Miami Terrace, LLC, are, hereby, **SEVERED** from the case of <u>Reinaldo Castillo, et al. v. United States</u>, 16-1624L and shall be reorganized, for case management purposes, into the case <u>Lion Miami Terrace, LLC v. United States</u>, and assigned Case No. 16-16241L. The court **DISMISSES**, without prejudice, the claims of Lion Miami Terrace, LLC. As there is no just reason for delay, the Clerk's Office shall enter immediate **JUDGMENT** consistent with this Order, pursuant to RCFC 54(b). As the Order disposes of all properties of Lion Miami Terrace, LLC, Case 16-16241L shall be **CLOSED**.

      The claims associated with Jorge and Beatrice Ugan, are, hereby, **SEVERED** from the case of <u>Reinaldo Castillo, et al. v. United States</u>, 16-1624L and shall be reorganized, for case management purposes, into the <u>Jorge and Beatrice Ugan v. United States</u>, and assigned Case No. 16-16242L. The court **DISMISSES**, without prejudice, the claims of Jorge and Beatrice Ugan.  As there is no just reason for delay, the Clerk's Office shall enter immediate **JUDGMENT** consistent with this Order, pursuant to RCFC 54(b). As the Order disposes of all properties of Jorge and Beatrice Ugan, Case 16-16242L shall be **CLOSED**.

      Neither the dismissal of the claims of the plaintiffs herein nor the entry of judgments by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs in the case of <u>Reinaldo Castillo, et al. v. United States</u>, 16-1624L.

      **IT IS SO ORDERED**.

                                            <u>s/Marian Blank Horn</u>
                                            **MARIAN BLANK HORN**
                                                  **Judge**